# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rajat Rajat, | No. CV-26-00663-PHX-MTL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

The Court has considered Petitioner's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Doc. 9). Rule 41(a)(1)(A)(i) only applies if the opposing party has not served "either an answer or a motion for summary judgment." Additionally, although the notice states that "Respondents concur with the dismissal of this petition" (Doc. 9 at 1), the notice does not qualify for voluntary dismissal under Rule 41(a)(1)(A)(ii) because it was only signed by Petitioner. The Court finds that additional briefing is necessary on the application of Rule 41(a)(1)(A)(i) to habeas petitions like this one, particularly considering that Respondents have responded to the Petition. (*See* Doc. 5.)

**IT IS THEREFORE ORDERED** that, no later than **May 22, 2026**, Petitioner must file a brief addressing the application of Rule 41(a)(1)(A)(i) to cases involving petitions for a writ of habeas corpus under 28 U.S.C. § 2241 and in the circumstances of this case, in which Respondents have responded to the Petition.

**IT IS FURTHER ORDERED** that Respondents must file a response to Petitioner's brief no later than **May 29, 2026**.

**IT IS FINALLY ORDERED** that Petitioner may file a reply no later than **June 3, 2026**.

Dated this 13th day of May, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge